UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------x

ADRIANA M CASTRO, M.D., P.A. on behalf of : CASE NO.: 2:11-cv-07178
itself and all others similarly situated, : (JLL) (MAH)
:
                Plaintiff, : <u>ECF CASE</u>
vs. :
:
SANOFI PASTEUR INC., : **NOTICE OF APPEARANCE**
:
                Defendant. :
:

------------------------------------------------x

To the Clerk of this Court and all Counsel of Record:

    Please enter my appearance as counsel in this case on behalf of Defendant SANOFI PASTEUR INC. I certify that I am admitted to practice in this Court.

Dated: December 23, 2011
       Newark, New Jersey

                                      Respectfully submitted,

                                      PROSKAUER ROSE LLP

                                      By:   /s/ John P. Barry
                                            John P. Barry
                                            One Newark Center
                                            Newark, New Jersey 17102
                                            Telephone: 973.274.6081
                                            Facsimile: 973.274.3299
                                            jbarry@proskauer.com
                                            *Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused the following counsel of record for Plaintiff to be served with a copy of the foregoing document via ECF, on this 23rd of December 2011:

Peter S. Pearlman
COHN LIFLAND PEARLMAN HERRMANN & KNOPF, LLP
Park 80 Plaza West-One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

I hereby certify that I caused the following counsel of record for Plaintiff to be served with a copy of the foregoing document via email, on this 23rd of December 2011:

Eric L. Cramer, Esq.
David F. Sorenson, Esq.
Daniel C. Simons, Esq.
Zachary D. Caplan, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
dsorensen@bm.net
dsimons@bm.net
zcaplan@bm.net

Kenneth Zylstra, Esq.
Stephen Connolly, Esq.
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Fax: (267) 670-2419
kzylstra@faruqilaw.com
sconnolly@faruqilaw.com

Barry S. Taus, Esq.
Brett Cebulash, Esq.
**TAUS CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204

Linda P. Nussbaum, Esq.
John D. Radice, Esq.
**GRANT & EISENHOFER, P.A.**
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8504
Fax: (646) 722-8501
lnussbaum@gelaw.com
jradice@gelaw.com

Joshua P. Davis, Esq.
**LAW OFFICE OF JOSHUA P. DAVIS**
59 Montford Ave.
Mill Valley, CA 94931
Tel: (415) 422-6223
Fax: (415) 422-6433
davisj@usfca.edu

David Balto, Esq.
**LAW OFFICES OF DAVID BALTO**
1350 I Street
Suite 850

2

New York, NY 10038
Telephone: (212) 931-0704
Fax: (212) 931-0704
btaus@tcllaw.com
bcebulash@tcllaw.com

Michael E. Criden, Esq.
Kevin B. Love, Esq.
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
Tel: (305) 357-9010
Fax: (305) 357-9050
mcriden@cridenlove.com
klove@cridenlove.com

Washington DC, 20005
Tel: (202) 789-5424
Fax: (202) 589-1819
david.balto@dcantitrustlaw.com

Dated:  December 23, 2011

By: ___/s/ John P. Barry___
John P. Barry
One Newark Center
Newark, New Jersey 17102
Telephone: 973.274.6081
Facsimile: 973.274.3299
jbarry@proskauer.com
*Attorney for Defendant*

3