UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x
:
ADRIANA M CASTRO, M.D., P.A. on behalf of : CASE NO.: 2:11-cv-07178
itself and all others similarly situated, : (JLL) (MAH)
:
Plaintiff, : ECF CASE
vs. :
:
SANOFI PASTEUR INC., : **RULE 7.1 DISCLOSURE FOR**
: **DEFENDANT SANOFI PASTEUR**
Defendant. : **INC.**
:
:
------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant SANOFI PASTEUR INC. certifies as follows:

Sanofi Pasteur Inc. is a subsidiary of Life Sciences Holdings, Inc, which owns all of Sanofi Pasteur Inc.'s preferred and class A stock and 98% of its class B stock. Sanofi Pasteur Participations owns the remaining 2% of Sanofi Pasteur's class B stock. Life Sciences Holdings, Inc. is a wholly-owned subsidiary of 691526 Ontario, Inc., which is a wholly-owned subsidiary of Sanofi Pasteur Ltd, which is a wholly-owned subsidiary of Merieux Canada Holdings Ltd, which is a wholly owned subsidiary of Sanofi Pasteur Participations, which is a wholly-owned subsidiary of Sanofi, which is a publicly held company. Sanofi is the only publicly traded company that directly or indirectly holds 10 percent or more of the stock of Sanofi Pasteur Inc.

1

Dated: December 23, 2011
      Newark, New Jersey

                                      Respectfully submitted,

                                      PROSKAUER ROSE LLP

                                      By:   /s/ John P. Barry
                                              John P. Barry
                                              One Newark Center
                                              Newark, New Jersey 17102
                                              Telephone: 973.274.6081
                                              Facsimile: 973.274.3299
                                              jbarry@proskauer.com
                                              *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the following counsel of record for Plaintiff to be served with a copy of the foregoing document via ECF, on this 23rd of December 2011:

Peter S. Pearlman
COHN LIFLAND PEARLMAN HERRMANN & KNOPF, LLP
Park 80 Plaza West-One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
(201) 845-9600

I hereby certify that I caused the following counsel of record for Plaintiff to be served with a copy of the foregoing document via email, on this 23rd of December 2011:

Eric L. Cramer, Esq.
David F. Sorenson, Esq.
Daniel C. Simons, Esq.
Zachary D. Caplan, Esq.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net
dsorensen@bm.net
dsimons@bm.net
zcaplan@bm.net

Kenneth Zylstra, Esq.
Stephen Connolly, Esq.
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Fax: (267) 670-2419
kzylstra@faruqilaw.com
sconnolly@faruqilaw.com

Barry S. Taus, Esq.
Brett Cebulash, Esq.
**TAUS CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038

Linda P. Nussbaum, Esq.
John D. Radice, Esq.
**GRANT & EISENHOFER, P.A.**
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8504
Fax: (646) 722-8501
lnussbaum@gelaw.com
jradice@gelaw.com

Joshua P. Davis, Esq.
**LAW OFFICE OF JOSHUA P. DAVIS**
59 Montford Ave.
Mill Valley, CA 94931
Tel: (415) 422-6223
Fax: (415) 422-6433
davisj@usfca.edu

David Balto, Esq.
**LAW OFFICES OF DAVID BALTO**
1350 I Street
Suite 850
Washington DC, 20005

Telephone: (212) 931-0704  
Fax: (212) 931-0704  
btaus@tcllaw.com  
bcebulash@tcllaw.com  

Michael E. Criden, Esq.  
Kevin B. Love, Esq.  
**CRIDEN & LOVE, P.A.**  
7301 S.W. 57th Court, Suite 515  
South Miami, FL 33143  
Tel: (305) 357-9010  
Fax: (305) 357-9050  
mcriden@cridenlove.com  
klove@cridenlove.com  

Tel: (202) 789-5424  
Fax: (202) 589-1819  
david.balto@dcantitrustlaw.com  

Dated:  December 23, 2011

                                                       /s/ John P. Barry  
                                                     John P. Barry