COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone: (201) 845-9600
Facsimile:  (201) 845-9423

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]


# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ADRIANA M. CASTRO, M.D., P.A.**<br>**on behalf of itself and all others**<br>**similarly situated,** | **CIVIL ACTION NO. 11-cv-07178-JLL** |
| **Plaintiff,** | **CLASS ACTION** |
| **v.** | |
| **SANOFI PASTEUR INC.,** | **Motion Date: February 6, 2012** |
| **Defendant.** | |


**DIRECT PURCHASERS CLASS PLAINTIFFS' MOTION**
**FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1**

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedures and the *Manual on Complex Litigation (Fourth)*, and for the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully moves for entry of the proposed Pretrial Order No. 1, attached hereto. PTO No. 1 would appoint interim co-lead and liaison class counsel.

Counsel for Plaintiff have met and conferred with counsel for the Defendant, and all parties support entry of proposed Pretrial Order No. 1.


Dated: December 27, 2011

/s/Peter S. Pearlman
Peter S. Pearlman
**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Tel: 201-845-9600
Fax: 201-845-9423

Linda P. Nussbaum
John D. Radice
**GRANT & EISENHOFER, P.A.**
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8504
Fax: (646) 722-8501
lnussbaum@gelaw.com
jradice@gelaw.com

Eric L. Cramer
David F. Sorensen
Daniel C. Simons
Zachary D. Caplan
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Tel: (215) 875-3000
Fax: (215) 875-4604
ecramer@bm.net

Kenneth Zylstra
Stephen Connolly
**FARUQI & FARUQI, LLP**
101 Greenwood Ave., Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Fax: (267) 670-2419
Joshua P. Davis
**LAW OFFICE OF JOSHUA P. DAVIS**
59 Montford Ave.
Mill Valley, CA 94931
Tel: (415) 422-6223
Fax: (415) 422-6433

Barry S. Taus
Brett Cebulash
**TAUS CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
Fax: (212) 931-0704
btaus@tcllaw.com
bcebulash@tcllaw.com

David Balto
**LAW OFFICES OF DAVID BALTO**
1350 I Street
Suite 850
Washington DC, 20005
Tel: (202) 789-5424
Fax: (202) 589-1819

Michael E. Criden
Kevin B. Love
**CRIDEN & LOVE, P.A.**
7301 S.W.57th Court, Suite 515
South Miami, FL 33143
Tel: (305) 357-9010
Fax: (305) 357-9050

*Attorneys for Plaintiff Adriana M. Castro, M.D. and the proposed Direct Purchaser Class*

3