COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ  07663
Telephone: (201) 845-9600

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>Vs.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | Civil Action No.: . **11-cv-07178-JLL**<br><br><br>CERTIFICATE OF SERVICE |

The undersigned certifies that on December 28, 2011 a copy of the foregoing

DIRECT PURCHASERS CLASS PLAINTIFF'S MOTION FOR ENTRY OF PROPOSED

PRETRIAL ORDER NO. 1; DIRECT PURCHASERS CLASS PLAINTIFF'S

MEMORANDUM OF LAW SUPPORTING MOTION FOR ENTRY OF PROPOSED

PRETRIAL ORDER NO. 1; DECLARATION OF JOHN D. RADICE IN SUPPORT OF

MOTION FOR ENTRY OF PROPOSED PRETRIAL ORDER NO. 1, [PROPOSED]

PRETRIAL ORDER NO. 1 REGARDING CONSOLIDATION AND CASE

MANAGEMENT and CERTIFICATION OF SERVICE were filed electronically.

Those attorneys who are registered with the Electronic Filing System may access

this filing through the Court's System, and notice of this filing will be sent to these parties by

operation of the Court's Electronic Filing System.

COHN LIFLAND PEARLMAN
**HERRMANN & KNOPF LLP**
PETER S. PEARLMAN

*/s/ Peter S. Pearlman*
A Member of the Firm
