NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M CASTRO, M.D., P.A.; and SUGARTOWN PEDIATRICS, LLC; on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>　　　　　　　　　Defendant. | Civil Action No.: 11-7178 (JLL)<br><br>**ORDER** |

**LINARES**, District Judge.

　　Currently before the Court is a motion to dismiss Plaintiffs' First Consolidated Amended Class Action Complaint filed by Defendant Sanofi Pasteur, Inc.    For the reasons set forth in the Court's accompanying Opinion,

　　IT IS on this 6th day of August, 2012,

　　ORDERED that Defendant's motion to dismiss [CM/ECF No. 50] is DENIED in its entirety.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares　　　　　
　　　　　　　　　　　　　　　　　　　　　　Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　United States District Judge