IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | CIVIL ACTION NO. 11-cv-07178-JLL<br><br>CLASS ACTION<br><br>~~ORDER RESETTING DATES~~<br>A̲M̲E̲N̲D̲E̲D̲ S̲C̲H̲E̲D̲U̲L̲I̲N̲G̲ O̲R̲D̲E̲R̲ |

This matter being brought before the Honorable Michael A. Hammer, U.S.M.J., on May 3, 2013 at a Case Management Conference; it appearing to the Court that an extension of certain discovery deadlines contained in this Court's Pre-Trial Scheduling Order entered on July 19, 2012 (Doc. No. 104) (the "Pre-Trial Scheduling Order") should be extended[*for the reasons set forth during the May 3, 2013 and May 28, 2013 Conferences in This matter]; the parties having further conferred regarding amendments to the case schedule and agreed that certain further amendments to the schedule are necessary and appropriate; and good cause appearing;

IT IS HEREBY ORDERED that the Pre-Trial Scheduling Order is hereby amended to provide the following revised dates for the following events:

| Event | Original Deadline Under Pre-Trial Scheduling Order | New Deadline |
|---|---|---|
| Plaintiffs' class certification expert reports due | May 1, 2013 | October 2, 2013 |
| Fact discovery closes | June 3, 2013 | October 2, 2013 |

| Event | Original Deadline Under Pre-Trial Scheduling Order | New Deadline |
|---|---|---|
| Depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area to be completed | June 3, 2013 | October 2, 2013 |
| Defendant's class certification expert reports due | June 3, 2013 | November 15, 2013 |
| Plaintiffs' rebuttal class certification expert reports due | July 3, 2013 | December 20, 2013 |
| Class certification expert discovery closes | July 15, 2013 | January 15, 2014 |
| Class certification motion due | August 1, 2013 | January 24, 2014 |
| Opposition to class certification due | September 2, 2013 | February 24, 2014 |
| Reply to opposition to class certification due | September 23, 2013 | March 18, 2014 |
| Plaintiffs' merits expert reports due | October 14, 2013 | April 8, 2014 |
| Defendant's merits expert reports due | November 14, 2013 | May 23, 2014 |
| Rebuttal merits expert reports due | December 13, 2013 | June 25, 2014 |
| Merits expert discovery closes | January 20, 2014 | July 14, 2014 |
| Summary judgment motions due | February 17, 2014 | August 4, 2014 |
| Oppositions to summary judgment due | March 17, 2014 | September 8, 2014 |
| Reply to opposition to summary judgment due | April 7, 2014 | October 8, 2014 |
| Final pretrial conference | TBD | |

Hon. Michael A. Hammer, U.S.M.J.