UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ADRIANA M. CASTRO, M.D., P.A., on behalf of itself and all others similarly situated, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 11-7178 (JLL) |
| v. | : : | |
| SANOFI PASTEUR INC., | : : | ORDER |
| Defendant. | : : | |

This matter comes before the Court by way of letters filed on December 18, 2013, and January 15, 2014 [ECF Nos. 270, 276] in which Plaintiff requests, and Defendant objects to, a sixty-day extension of the current deadlines, particularly the January 17, 2014, deadline to submit expert reports on class certification;

and the Court having considered the submissions and the parties' arguments;

and the Court having authority under Fed. R. Civ. P. 16 to manage its docket and the scheduling of proceedings in this matter;

and it appearing that there is good cause for the Plaintiff's request, in that the volume of discovery produced to date and the number of depositions taken in fact discovery have been substantial, and that Plaintiff needs additional time to review documents produced by Defendant and third parties, and to meet and confer with Defendant regarding any outstanding production or supplemental responses;[1]

---

[1] Both letters refer to recent discovery issues between the parties. The parties are reminded that they are obligated under the Court's Scheduling Order and L. Civ. R. 37.1 to meet and confer in good faith to try

1

IT IS on this 16th day of January, 2014,

ORDERED that Plaintiff's request for a sixty-day extension is granted; and it is further

ORDERED that on or before January 23, 2014, the parties shall jointly submit a proposed Amended Scheduling Order to reflect any adjusted deadlines based on the relief granted herein.

*s/ Michael A. Hammer*_____
**UNITED STATES MAGISTRATE JUDGE**

---

to resolve these issues before seeking Court intervention.  The Court takes no position on the merits of any such discovery dispute.