## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | CIVIL ACTION NO. 11-cv-07178-JLL<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] THIRD AMENDED SCHEDULING ORDER |

WHEREAS, it appearing to the Court that certain discovery deadlines contained in this Court's Second Amended Scheduling Order entered on August 26, 2013 (Doc. No. 222) (the "Second Amended Scheduling Order") should be extended;

WHEREAS, the Court has granted a 60-day extension of the dates in the Second Amended Scheduling Order (Doc. No. 277); and

WHEREAS, this Order reflects the adjusted deadlines based on the 60-day extension,

IT IS HEREBY ORDERED that the Second Amended Scheduling Order is further amended to provide the following revised dates for the following events:

| Event | Deadline Under Second Amended Scheduling Order | New Deadline |
|---|---|---|
| Fact discovery closes | January 10, 2014 | March 10, 2014 |
| Depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area to be | January 10, 2014 | March 10, 2014 |

| Event | Deadline Under Second Amended Scheduling Order | New Deadline |
|---|---|---|
| completed | | |
| Plaintiffs' class certification expert reports due | January 17, 2014 | March 17, 2014 |
| Defendant's class certification expert reports due | March 18, 2014 | May 19, 2014 |
| Plaintiffs' rebuttal class certification expert reports due | April 29, 2014 | June 30, 2014 |
| Class certification expert discovery closes | May 21, 2014 | July 21, 2014 |
| Class certification motion due | May 30, 2014 | July 30, 2014 |
| Opposition to class certification due | July 14, 2014 | September 15, 2014 |
| Reply to opposition to class certification due | August 13, 2014 | October 13, 2014 |
| Plaintiffs' merits expert reports due | September 3, 2014 | November 3, 2014 |
| Defendant's merits expert reports due | November 3, 2014 | January 5, 2015 |
| Rebuttal merits expert reports due | December 15, 2014 | February 13, 2015 |
| Merits expert discovery closes | January 15, 2015 | March 13, 2015 |
| Summary judgment motions due | February 5, 2015 | April 3, 2015 |
| Oppositions to summary judgment due | March 12, 2015 | May 8, 2015 |
| Reply to opposition to summary judgment due | April 13, 2015 | June 12, 2015 |
| Final pretrial conference | TBD | TBD |

Hon. Michael A. Hammer, U.S.M.J.

January 24, 2014

2