**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A., et al., on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>        Defendant. | CIVIL ACTION NO. 11-cv-07178-JLL<br><br>CLASS ACTION |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw the appearance of Stephen E. Connolly, Esq. on behalf of Plaintiffs in the above captioned matter. All other counsel of record for Plaintiffs will continue to appear for the Plaintiffs in this matter.

Dated:  April 24, 2014        **THE RADICE LAW FIRM, PC**

                                                      */s/ John Radice*
                                                      John Radice (JR 9033)
                                                      34 Sunset Boulevard
                                                      Long Beach, NJ 08008
                                                      Phone: (646) 386-7688
                                                      Mobile: (646) 245-8502
                                                      Email: jradice@radicelawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of April, 2014, the foregoing WITHDRAWAL OF APPEARANCE was filed with the Clerk of Court using the CM/ECF system, which will send notification and a copy of such filing to all counsel of record.

Dated:  April 24, 2014                                              **THE RADICE LAW FIRM, PC**


                                               */s/ John Radice*
                                               John Radice