COHN LIFLAND PEARLMAN
 HERRMANN & KNOPF LLP
Attorneys for Plaintiffs
Peter S. Pearlman
Park 80 Plaza West One
250 Pehle Avenue – Suite 401
Saddle Brook, NJ  07663
(201) 845-9600
psp@njlawfirm.com

Eric L. Cramer, Esq.
Michael J. Kane, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.,<br>On behalf of itself and all others<br>Similarly situated,<br><br>                    Plaintiff,<br>          v.<br><br>SANOFI PASTEUR INC.,<br><br>                    Defendant | CIVIL ACTION NO. 11-cv-07178-JLL<br><br>CLASS ACTION<br><br>WITHDRAWAL OF APPEARANCE |

TO:    William T. Walsh, Clerk
          United States District Court for
          the District of New Jersey
          M.L. King Jr. Federal Bldg. &
          U.S. Courthouse
          59 Walnut Street
          Newark, New Jersey 07102

Kindly withdraw the appearance of Daniel J. Walker previously with the law firm of Berger & Montague, PC located at 1622 Locust Street Philadelphia, PA 19103 as one of the attorneys for plaintiffs in the above- captioned matter.

Also, on February 7, 2012 a Notice to Receive NEF was filed on behalf of Mr. Walker (Doc. No. 45), kindly remove him from the list of *pro hac vice* attorneys who receive emails from the court regarding this matter, the email on file for Mr. Walker is: dwalker@bm.net.

All remaining counsel for plaintiffs will continue to represent plaintiffs.

Respectfully submitted,

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP

*/s/ Peter S. Pearlman*
Dated: April 25, 2014                     PETER S. PEARLMAN

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, I electronically filed the foregoing Withdrawal of Appearance of Daniel J. Walker on behalf of plaintiffs using the Court's CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system.

*/s/ Peter S. Pearlman*
PETER S. PEARLMAN