IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | CIVIL ACTION NO. 11-cv-07178-JLL<br><br>CLASS ACTION<br><br>[PROPOSED] FOURTH AMENDED SCHEDULING ORDER |

WHEREAS, the parties having conferred regarding minor amendments to certain class certification deadlines and agreed that certain amendments are necessary and appropriate regarding class certification;

WHEREAS, it appearing to the Court that certain class certification deadlines contained in this Court's Third Amended Scheduling Order entered on January 24, 2014 (Dkt. No. 280) (the "Third Amended Scheduling Order") should be extended;

IT IS HEREBY ORDERED that the Third Amended Scheduling Order is hereby further amended to provide the following revised dates for the following events:

| Event | Deadline Under Third Amended Scheduling Order | New Deadline |
|---|---|---|
| Plaintiffs' class certification expert report(s) due | March 17, 2014 | N/A |

| Event | Deadline Under Third Amended Scheduling Order | New Deadline |
| --- | --- | --- |
| Defendant's class certification expert report(s) due | May 19, 2014 | May 27, 2014 |
| Plaintiffs' rebuttal class certification expert report(s) due | June 30, 2014 | July 8, 2014 |
| Class certification expert discovery closes | July 21, 2014 | July 30, 2014 |
| Class certification motion due | July 30, 2014 | August 6, 2014 |
| Opposition to class certification due | September 15, 2014 | September 22, 2014 |
| Reply to opposition to class certification due | October 13, 2014 | October 20, 2014 |
| Plaintiffs' merits expert reports due | November 3, 2014 | No Change |
| Defendant's merits expert reports due | January 5, 2015 | No Change |
| Rebuttal merits expert reports due | February 13, 2015 | No Change |
| Merits expert discovery closes | March 13, 2015 | No Change |
| Summary judgment motions due | April 3, 2015 | No Change |
| Oppositions to summary judgment due | May 8, 2015 | No Change |
| Reply to opposition to summary judgment due | June 12, 2015 | No Change |
| Final pretrial conference | TBD | TBD |

IT IS upon this 19th day of May, 2014, SO ORDERED.

Hon. Michael A. Hammer, U.S.M.J.

2