# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | CIVIL ACTION NO. 11-cv-07178-JLL<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] FIFTH AMENDED SCHEDULING ORDER |

WHEREAS, the parties having conferred regarding amendments to certain deadlines and agreed that certain amendments are necessary and appropriate;

WHEREAS, it appearing to the Court that certain deadlines contained in this Court's Fourth Amended Scheduling Order entered on May 19, 2014 (Dkt. No. 292) (the "Fourth Amended Scheduling Order") should be extended;

IT IS HEREBY ORDERED that the Fourth Amended Scheduling Order is hereby further amended to provide the following revised dates for the following events:

| Event | Deadline Under Fourth Amended Scheduling Order | New Deadline |
|---|---|---|
| Plaintiffs' rebuttal class certification expert report(s) due | July 8, 2014 | July 16, 2014 |
| Class certification expert discovery closes | July 30, 2014 | September 16, 2014 |

| Event | Deadline Under Fourth Amended Scheduling Order | New Deadline |
|---|---|---|
| Class certification motion due | August 6, 2014 | September 17, 2014 |
| Opposition to class certification due | September 22, 2014 | October 27, 2014 |
| Reply to opposition to class certification due | October 20, 2014 | November 25, 2014 |
| Plaintiffs' merits expert reports due | November 3, 2014 | December 19, 2014 |
| Defendant's merits expert reports due | January 5, 2015 | February 20, 2015 |
| Rebuttal merits expert reports due | February 13, 2015 | March 30, 2015 |
| Merits expert discovery closes | March 13, 2015 | April 24, 2015 |
| Summary judgment motions due | April 3, 2015 | May 15, 2015 |
| Oppositions to summary judgment due | May 8, 2015 | June 19, 2015 |
| Reply to opposition to summary judgment due | June 12, 2015 | July 24, 2015 |
| Final pretrial conference | TBD | TBD |

IT IS upon this 7th day of July, 2014, SO ORDERED.

Hon. Michael A. Hammer, U.S.M.J.

2