IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | CIVIL ACTION NO. 11-cv-07178-JLL<br><br>CLASS ACTION<br><br>STIPULATION TO AMEND SCHEDULING ORDER AND PAGE LIMITS |

WHEREAS, Sanofi believes that one of Plaintiffs' experts addressed new matters in his Rebuttal Report in Support of Class Certification, an assertion that Plaintiffs deny;

WHEREAS, Sanofi wishes to respond to the alleged new matter in a supplemental expert report, and Plaintiffs wish to be able to respond to Sanofi's supplemental report with a responsive supplemental expert report in an orderly fashion;

WHEREAS, the parties agree that it would make sense to modify the schedule to accommodate these supplemental reports;

WHEREAS, the parties agree further that no additional depositions are necessary regarding the supplemental reports;

WHEREAS, the parties also agree that excess pages are necessary for the briefs relating to class certification and *Daubert* motions; and

WHEREAS, Sanofi intends to file one or more *Daubert* motions relating to Plaintiffs' class certification experts, and Plaintiffs are considering whether *Daubert* motions are appropriate at the class certification stage, and if so, whether they should file one or more *Daubert* motions directed to Sanofi's class certification expert;

The parties therefore stipulate, subject to Court approval, as follows:

1. The parties are each granted leave to file a single supplemental expert report directed to class certification pursuant to the schedule set forth below. Plaintiffs reserve the right to move to strike any aspect of Sanofi's supplemental class certification report that goes beyond responding to alleged new matter in Prof. Einer Elhauge's rebuttal class certification expert report which Sanofi's expert allegedly did not have an opportunity to address in its class opposition report, and Sanofi reserves the right to move to strike any aspect of Plaintiffs' supplemental class certification report that goes beyond responding to Sanofi's expert's supplemental class certification report.

2. Without deciding whether *Daubert* motions are appropriate at this stage, the parties are each granted leave to file a single *Daubert* motion relating to the class certification experts. Opening briefs shall be no more than 30 pages; opposition briefs shall be no more than 30 pages; and reply briefs shall be no more than 20 pages. All briefs will be in 12-point proportional font. [handwritten annotation: Double-Spaced]

3. Plaintiffs' opening brief in support of its motion for class certification shall be no more than 45 pages; Defendant's opposition brief shall be no more than 48 pages; and Plaintiffs' reply brief shall be no more than 35 pages. All briefs will be in 12-point proportional font. [handwritten annotation: Double-Spaced]

4. All deadlines in this case are modified as set forth below:

| Event | Deadline Under Fifth Amended Scheduling Order | New Deadline |
|---|---|---|
| Sanofi's supplemental class certification expert report due | N/A | September 30, 2014 |
| Plaintiffs' supplemental class certification expert report due | N/A | October 31, 2014 |
| Class certification expert discovery closes | September 16, 2014 | October 31, 2014 |
| Class certification motion due | September 17, 2014 | December 15, 2014 |
| Plaintiffs' class certification *Daubert* motions due | N/A | December 15, 2014 |
| Opposition to class certification due | October 27, 2014 | February 13, 2015 |
| Opposition to Plaintiffs' class certification *Daubert* motions due | N/A | February 13, 2015 |
| Defendant's class certification *Daubert* motions due | N/A | February 13, 2015 |
| Reply to opposition to class certification due | November 25, 2014 | March 30, 2015 |
| Plaintiffs' reply to opposition to class certification *Daubert* motions due | N/A | March 30, 2015 |
| Plaintiffs' opposition to class certification *Daubert* motions due | N/A | March 30, 2015 |
| Defendant's reply to opposition to *Daubert* motions due | N/A | April 27, 2015 |
| Plaintiffs' merits expert reports due | December 19, 2014 | May 4, 2015 |
| Defendant's merits expert reports due | February 20, 2015 | June 29, 2015 |
| Rebuttal merits expert reports due | March 30, 2015 | August 21, 2015 |
| Merits expert discovery closes | April 24, 2015 | September 18, 2015 |
| Summary judgment motions due | May 15, 2015 | October 5, 2015 |

3

| Event | Deadline Under Fifth Amended Scheduling Order | New Deadline |
|---|---|---|
| Oppositions to summary judgment due | June 19, 2015 | November 9, 2015 |
| Reply to opposition to summary judgment due | July 24, 2015 | December 14, 2015 |
| Final pretrial conference | TBD | TBD |

STIPULATED AND AGREED:

/s/ *Wanda L. Ellert*  
Wanda L. Ellert  
PROSKAUER ROSE LLP  
One Newark Center  
Newark, NJ 07102  

*Attorney for Defendant*

Dated: September 10, 2014

/s/ *Peter S. Pearlman*  
Peter S. Pearlman  
COHN LIFLAND PEARLMAN  
HERRMANN & KNOPF LLP  
Park 80 West-Plaza One  
250 Pehle Avenue, Suite 401  
Saddle Brook, NJ 07663  

*Attorney for Plaintiffs*

SO ORDERED: on this 10 day of September 2014

Hon. Michael A. Hammer  
United States Magistrate Judge