# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | NO. 11-cv-07178-MCA-MAH<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULING ORDER |

WHEREAS, the parties are currently engaged in class certification-related motion practice;

WHEREAS, the parties having conferred regarding amendments to certain deadlines and agreed that, in the interest of efficiency, certain amendments to the scheduling order are necessary and appropriate;

WHEREAS, the parties agree that the deadline for Defendant's *Daubert* Reply and Opposition to Plaintiffs' Motion to Strike should be extended to May 29, 2015;

WHEREAS, the parties agree that the deadline for Plaintiffs' reply relating to their Motion to Strike should be extended to June 19, 2015;

WHEREAS, the parties agree that, to allow for commencement of merits-related proceedings after the close of class-related briefing, merits expert reports, and all subsequent deadlines, should be extended by 120 days;

NOW, THEREFORE, subject to the Court's approval, the parties stipulate and agree to the following deadlines:

| Event | Deadline Under Sixth Amended Scheduling Order (ECF 306) | New Deadline |
|---|---|---|
| Defendant's reply to opposition to *Daubert* motion due | April 27, 2015 | May 29, 2015 |
| Defendant's opposition to motion to strike | N/A | May 29, 2015 |
| Plaintiffs' reply to opposition to motion to strike | N/A | June 19, 2015 |
| Plaintiffs' merits expert reports due | May 4, 2015 | September 4, 2015 |
| Defendant's merits expert reports due | June 29, 2015 | November 4, 2015 |
| Plaintiffs' rebuttal merits expert reports due | August 21, 2015 | December 23, 2015 |
| Merits expert discovery closes | September 18, 2015 | January 29, 2016 |
| Summary judgment motions due | October 5, 2015 | February 19, 2016 |
| Oppositions to summary judgment due | November 9, 2015 | March 21, 2016 |
| Replies to oppositions to summary judgment due | December 14, 2015 | April 22, 2016 |
| Final pretrial conference | TBD | TBD |

STIPULATED AND AGREED:

/s/ *Wanda L. Ellert*
Wanda L. Ellert
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102
*Attorney for Defendant*

Dated: April 8, 2015

/s/ *Peter S. Pearlman*
Peter S. Pearlman
COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Park 80 West-Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663
*Attorney for Plaintiffs*

2

SO ORDERED: on this 9th day of April, 2015

Hon. Michael A. Hammer
United States Magistrate Judge