UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | NO. 11-cv-07178-JMV-MAH<br><br>CLASS ACTION |

**DECLARATION OF LIZA M. WALSH IN SUPPORT OF SANOFI'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE PLAINTIFFS' MERITS EXPERT**

I, Liza M. Walsh, hereby certify as follows:

I am counsel for the Defendant Sanofi Pasteur Inc. ("Sanofi"). I make this Declaration to place before the Court certain exhibits in support of Sanofi's Motion for Summary Judgment and Motion to Exclude Plaintiffs' Merits Expert. Attached as exhibits are true and correct copies of the following:

1

**Exhibit**[1]

## ECONOMIC LITERATURE

1. E. Elhauge & A. Wickelgren, *Robust Exclusion and Market Division through Loyalty Discounts*, 43 INT'L J. INDUS. ORG. 111 (2015)

2. E. Elhauge & A. Wickelgren, *Anticompetitive Exclusion and Market Division Through Loyalty Discounts* (Univ. of Texas Sch. of Law, Law and Economics Research Paper No. 216, 2011)

3. E. Elhauge & A. Wickelgren, *Anticompetitive Market Division Through Loyalty Discounts Without Buyer Commitment*, Discussion Paper No. 723, 2012)

4. Einer Elhauge, *How Loyalty Discounts Can Perversely Discourage Discounting*, 5 J. COMP. LAW & ECON. 189 (2009)*

## BUSINESS RECORDS AND DOCUMENTS

*Sanofi Documents*

5. Sanofi Physician Buying Group (PBG) Contract Template (SP 01130150)

6. Representative PBG Contract (Main Street) (MSV 000969)

7. Atlantic Health Partners Contract (AHP0000111)

8. Health System Contract Template (SP 01430756)

9. Representative Health System Contract (Sutter Health Hospital) (SP 02114918)

10. November 5, 2009 Sanofi document, *Pricing & Contracting Strategy*, SP 00496642 (PX 398)

11. November 2011 Sanofi sales presentation speaker notes (SP 00132710) (PX 373)*

12. August 4, 2010 Sanofi presentation, *Menactra: Pricing & Contracting Strategy Contingency Planning* (SP 00018963) (PX 409)*

13. April 2011 Contract update re changes to Mountain View Medical Group from 4 product to 3 product (SP 00579399)

14. July 23, 2012 Private Contract Working Group (PCWG) Meeting Minutes (SP 01921103)*

15. September 10, 2012 Laurie McDonald Letter to Dean Parry (SP 01671374)

---

[1] "*" denotes excerpts.

2

*Novartis Documents*

16. 2010 Sales Meeting Presentation by P. Rzewnicki (NVD-0256455)*

17. 2010 Novartis Annual Report*

18. 2011 Novartis Annual Report*

19. Novartis's 2011 Form 20-F*

20. Novartis's 2012 Form 20-F*

21. Novartis's 2013 Form 20-F*

22. January 11, 2010 *Menveo Price Strategy* presentation (NVD-0669627) (DX 329)

23. April 21, 2011 internal Novartis email string re "Economics behind vaccine VFC CAGR behavior" (NVD-0628640) (DX 221)

24. June 5, 2009 Presentation, *Launch Pricing Strategy for Menveo* (NVD-0038485)*

25. July 7, 2008 Presentation, *Menveo® Strategy Workshop Summary Report* (NVD-0690731)*

26. Pricing Presentation: *Reimbursement and Pricing for Menveo* (NVD-0072516)*

27. September 29, 2011 internal Novartis email string re Novartis's "Fall offer - $81.37" (NVD-0038578) (DX 331)

28. January 17, 2012 internal Novartis email re "VFC bid for Menveo" (NVD-0111188) (DX 332)

29. July 25, 2012 internal email string re "Temporary Price Reduction/Blanket Purchase Agreement for DOD/Landstuhl" (NVD-1061884) (DX 324)

30. January 7, 2011 internal Novartis email re "Meeting Agenda" and "a couple of major issues [] impacting our business…"" (NVD-0262164) (DX 350)

31. January 10, 2011 internal Novartis email re "2011 District Fast Starts: Meeting Materials" (NVD-0200802) (DX 351)

32. Internal Novartis Presentation, *Menactra: Pricing & Contracting Strategy, Contingency Planning* (NVD-0698940-43)*

33. Novartis' Contract Offering for Advocate-Contract Exception (NVD-0236027-29)*

34. Composite Exhibit re Novartis Offer to Affinity Health (NVD-0299910-11, NVD-1026708-09)*

3

35. June 14 and 15, 2010 Novartis' Pricing Committee Draft Minutes (NVD-1030046-47)*

36. April 9, 2010 internal Novartis email string re "s-p Matching Buy In - Key Customers" (NVD-0234645) (DX 341)

37. February 17, 2012 internal Novartis email string re Sanofi PBG, Southern California Children's Health Network (NVD-1076209)*

38. December 15, 2008 Novartis presentation, *Menveo Adolescent Channel Strategy* (NVD-0276653) (DX 325)*

39. Novartis chart re "Financial Impact of Reconstituted Menveo" (NVD-1062025)

40. 2011 Novartis case study regarding Menveo vial issues (NVD-0098430)

41. June 17, 2010 email from Nima Farzan[2] to Martin Peters re "Virtual GLC for Menveo Package Insert" (NVD-0082795)

42. August 10, 2011 internal Novartis email re: Weekly Success Story (NVD-0656794)

43. February 5, 2012 Field Sales Training Presentation: *GlaxoSmithKline and Novartis Sales Agent Agreement, Menveo®* (NVD-1125451)

44. Novartis Internal Presentation: *Overview of US Vaccines Market, Competition & Impact of Bundles* (NVD-0821733)*

## DECLARATIONS

45. Declaration of Eric Grau, Associate Vice President, Pricing and Pharmacoeconomics, February 11, 2015

## DEMONSTRATIVES

46. Elhauge's Original Regression: MBLC Reduces Menveo Share by 2% (DX 413)

47. Elhauge's Revised Regressions: Basically the Same Thing (DX 425)

## EXPERT REPORTS

48. E1 – Einer Elhauge Initial Report, March 17, 2014

49. E2 – Einer Elhauge Rebuttal Report, July 16, 2014

50. L1 – Jeffrey Leitzinger Expert Report, March 17, 2014

51. E4 – Einer Elhauge Merits Expert Report, December 14, 2015

---

[2] At that time, Nima Farzan was the vice president of marketing and Martin Peters was the Menveo franchise head.

4

52. E5 – Einer Elhauge Merits Rebuttal Report, April 25, 2016

53. R1 – Daniel Rubinfeld Merits Expert Report, February 12, 2016

## DEPOSITION TRANSCRIPTS

*Novartis Witnesses*

54. P.R. – Peter Rzewnicki, Head of Menveo Franchise*

55. M.S. – Mark Sanyour, Chair of Novartis's Pricing Committee*

56. C.L. – Christian Lease, Director of Immunization Policy*

*Sanofi Witnesses*

57. Gr. – Eric Grau, Associate Vice President, Pricing and Pharmacoeconomics*

58. C.H. - Chad Hoover, Chief Commercial Officer*

*PBG Witnesses*

59. AHP – Jeffrey Winokur, Atlantic Health Partners, CEO and President*

60. A.M. – Dr. Allen Menkin, Main Street Vaccines, CEO and President*

61. L.C. – Larry Culp, Cook Children's Health Services, Inc., Director of Group Purchasing*

*Named Plaintiff Witnesses*

62. Marquez Tr. – Eysa Marquez, Co-Owner of Marquez and Bengochea, M.D., P.A.*

63. A.C. – Adriana Castro, Owner, Adriana M. Castro, M.D., P.A.*

*Expert Witnesses*

64. E. Cl. – Einer Elhauge's (Plaintiffs' Expert) Class Certification Depositions

65. E. M. – Einer Elhauge's Merits Deposition

## WRITTEN DISCOVERY

66. Plaintiff's Revised Supplemental Objections and Responses to Sanofi's Revised First Set of Requests for Admission ("RFA")*

67. Plaintiffs' Revised Supplemental Objections and Responses to Sanofi's Revised First Set of Interrogatories ("Irog")*

5

## MISCELLANEOUS

68. Plaintiffs' First Consolidated Amended Class Action Complaint, ECF 28*

69. April 22, 2014 GSK Press Release re Novartis Acquisition

70. November 2014 GSK Circular to Shareholders

71. Daubert Hearing Transcripts*

72. Brantley v. NBC Universal, Inc., 675 F.3d 1192, 1201 (9th Cir. 2012) (Appellants' Opening Brief)

73. Brantley v. NBC Universal, Inc., 675 F.3d 1192, 1201 (9th Cir. 2012) (Appellants' Reply Brief)

74. Exhibit 449 to E.M. Deposition: Demonstrative, Contract Discounts

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed on September 16, 2016

/s/ *Liza M. Walsh*
Liza M. Walsh
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 757-1100
Fax: (973) 757-1090
LWalsh@walsh.law
*Attorney for Defendant*