| | |
|---|---|
| Peter S. Pearlman | James E. Cecchi |
| COHN LIFLAND PEARLMAN | CARELLA, BYRNE, CECCHI, |
| HERRMANN & KNOPF LLP | OLSTEIN, BRODY & AGNELLO, P.C. |
| Park 80 Plaza West-One | 5 Becker Farm Road |
| 250 Pehle Avenue, Suite 401 | Roseland, NJ 07068 |
| Saddle Brook, NJ 07663 | Telephone: (973) 994-1700 |
| Telephone: (201) 845-9600 | Facsimile: (973) 994-1744 |
| Facsimile: (201) 845-9423 | |

*Co-Liaison Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>Defendant. | Civil Action No. 11-7178(JMV)(MAH)<br><br>**NOTICE OF MOTION** |

To:  All Counsel on ECF Service List

COUNSEL:

PLEASE TAKE NOTICE that on such day and time as the Court shall designate, the undersigned counsel for Plaintiffs shall move before Hon. John Michael Vazquez at the United States Post Office and Courthouse Building, Newark, New Jersey for an order: (1) preliminarily approving the proposed settlement; (2) approving the proposed manner and form of notice; (3) appointing The Huntington National Bank as Escrow Agent; (4) appointing Rust Consulting, Inc. as Settlement Administrator; (5) establishing a briefing schedule for (i) Final Settlement

Approval and Proposed Plan of Distribution and (ii) Class Counsel's Application for Attorneys' Fees, Expenses, and Class Representative Incentive Awards; and (6) establishing a schedule for final settlement approval and a Fairness Hearing.

The undersigned intend to rely upon the annexed Memorandum of Law and the Declaration of James E. Cecchi.

The undersigned hereby requests oral argument.

Dated: January 27, 2017

| | |
|---|---|
| *s/ Peter S. Pearlman* | *s/ James E. Cecchi* |
| Peter S. Pearlman | James E. Cecchi |
| COHN LIFLAND PEARLMAN | CARELLA, BYRNE, CECCHI, |
| HERRMANN & KNOPF LLP | OLSTEIN, BRODY & AGNELLO, P.C. |
| Park 80 West – Plaza One | 5 Becker Farm Road |
| 250 Pehle Avenue, Suite 401 | Roseland, NJ 07068 |
| Saddle Brook, NJ 07663 | Tel:  (973) 994-1700 |
| Tel: (201) 845-9600 | Fax:  (973) 994-1744 |
| Fax: (201) 845-9423 | jcecchi@carellabyrne.com |
| psp@njlawfirm.com | |

*Co-Liaison Counsel for Plaintiffs and the Class*

| | |
|---|---|
| Eric L. Cramer | Linda P. Nussbaum |
| Michael J. Kane | Bradley J. Demuth |
| Zachary D. Caplan | Hugh D. Sandler |
| BERGER & MONTAGUE, P.C. | NUSSBAUM LAW GROUP, P.C. |
| 1622 Locust Street | 1211 Avenue of the Americas, 40th Floor |
| Philadelphia, PA 19103 | New York, NY 10036 |
| Tel: (215) 875-3000 | Tel: (212) 702-7053 |
| Fax: (215) 875-4604 | lnussbaum@nusspaumpc.com |
| ecramer@bm.net | bdemuth@nussbaumpc.com |
| mkane@bm.net | hsandler@nussbaumpc.com |
| zcaplan@bm.net | |

*Co-Lead Counsel for Plaintiffs and the Class*