| | |
|---|---|
| Peter S. Pearlman | James E. Cecchi |
| COHN LIFLAND PEARLMAN | CARELLA, BYRNE, CECCHI, |
| HERRMANN & KNOPF LLP | OLSTEIN, BRODY & AGNELLO, P.C. |
| Park 80 Plaza West-One | 5 Becker Farm Road |
| 250 Pehle Avenue, Suite 401 | Roseland, NJ 07068 |
| Saddle Brook, NJ 07663 | Telephone: (973) 994-1700 |
| Telephone: (201) 845-9600 | Facsimile: (973) 994-1744 |
| Facsimile: (201) 845-9423 | |

*Co-Liaison Counsel for Plaintiffs and the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADRIANA M. CASTRO, M.D., P.A.; SUGARTOWN PEDIATRICS, LLC; and MARQUEZ and BENGOCHEA, M.D., P.A., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SANOFI PASTEUR INC.,<br><br>        Defendant. | Civil Action No. 11-7178(JMV)(MAH)<br><br>**NOTICE OF MOTION** |

To:  All Persons On ECF Service List:

COUNSEL:

PLEASE TAKE NOTICE that on Tuesday, October 3, 2017, at 10 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs Adriana M. Castro, M.D., P.A., Sugartown Pediatrics, LLC, and Marquez and Bengochea, M.D., P.A. (collectively, "Plaintiffs") and Defendant Sanofi Pasteur, Inc. ("Sanofi") shall move before Hon. John Michael Vasquez, U.S.D.J. at the United States Post Office and Courthouse Building, Newark, New Jersey for a Final Judgement and Order of Dismissal: (a) finally approving the proposed

settlement of this action set forth in the December 27, 2016 Settlement Agreement (the "Settlement"); (b) approving Plaintiffs' proposed Plan of Distribution of the Net Settlement Fund (the "Plan of Distribution"); and (c) dismissing this action with prejudice in accordance with the terms of the Settlement.

The undersigned intends to rely upon the annexed Memorandum of Law and proposed Plan of Distribution. A form of proposed Order is included herewith.

The undersigned hereby requests oral argument.

Dated:  August 2, 2017

Respectfully submitted,

| *s/ Peter S. Pearlman* | *s/ James E. Cecchi* |
|---|---|
| Peter S. Pearlman | James E. Cecchi |
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP | CARELLA, BYRNE, CECCHI, OLSTEIN BRODY & AGNELLO, P.C. |
| Park 80 West – Plaza One | 5 Becker Farm Road |
| 250 Pehle Avenue, Suite 401 | Roseland, NJ 07068 |
| Saddle Brook, NJ 07663 | Tel: (973) 994-1700 |
| Tel: (201) 845-9600 | Fax: (973) 994-1744 |
| Fax: (201) 845-9423 | jcecchi@carellabyrne.com |
| psp@njlawfirm.com | |

*Co-Liaison Counsel for Plaintiffs and the Class*

| Eric L. Cramer | Linda P. Nussbaum |
|---|---|
| Michael J. Kane | Bradley J. Demuth |
| Zachary D. Caplan | Hugh D. Sandler |
| BERGER & MONTAGUE, P.C. | NUSSBAUM LAW GROUP, P.C. |
| 1622 Locust Street | 1211 Avenue of the Americas, 40th Floor |
| Philadelphia, PA 19103 | New York, NY 10036 |
| Tel: (215) 875-3000 | Tel: (212) 702-7053 |
| Fax: (215) 875-4604 | lnussbaum@nusspaumpc.com |
| ecramer@bm.net | bdemuth@nussbaumpc.com |
| mkane@bm.net | hsandler@nussbaumpc.com |
| zcaplan@bm.net | |

*Co-Lead Counsel for Plaintiffs and the Class*

| | |
|---|---|
| | *s/ Liza M. Walsh* |
| Bradley I. Ruskin | Liza M. Walsh |
| PROSKAUER ROSE LLP | Joel A. Pisano |
| Eleven Times Square | Katelyn O'Reilly |
| New York, NY 10036 | WALSH PIZZI O'REILLY FALANGA LLP |
| | One Riverfront Plaza |
| Colin R. Kass | Newark, NJ 07102 |
| Rhett R. Krulla | Tel. (973) 757-1100 |
| PROSKAUER ROSE LLP | Fax: (973) 757-1090 |
| 1001 Pennsylvania Avenue, NW | lwalsh@walsh.law |
| Washington, D.C. 20004 | jpisano@walsh.law |
| | koreilly@walsh.law |

*Attorneys for Defendant Sanofi Pasteur Inc.*